## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JULIA BOSS**                                                                                    **PLAINTIFF**

**v.**                                            **4:06-CV-01664-WRW**

**ARKANSAS CHILDREN'S HOSPITAL**                                              **DEFENDANT**

### ORDER

Pending are Defendant's October 24, 2007 Motion to Compel (Doc. No. 17) and December 6, 2007 Amended Motion to Compel (Doc. No. 18). Since Plaintiff has failed to respond to either motion, I assume she concedes both.

Accordingly, Defendant's Motions to Compel (Doc. Nos. 17, 18) are GRANTED, and Plaintiff is directed to respond to Defendant's discovery requests by 5 p.m., January 11, 2008. Failure to submit a plenary response to the discovery requests may well result in the dismissal of the case.

IT IS SO ORDERED this 28th day of December, 2007.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE