UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JULIA BOSS | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 4-06CV1664 WRW |
| | ) | |
| ARKANSAS CHILDREN'S HOSPITAL | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON DFENDANT'S MOTION TO DISMISS
## OR OTHER APPROPRIATE SANCTION

Pending before the Court is Defendant's Motion to Dismiss or Other Appropriate Sanction [Doc 20] and Defendant's Supplemental Motion to Dismiss [Doc 26]. An on the record hearing was held on Monday, April 14, 2008. For the reasons stated herein, Defendant's Motion to Dismiss and Supplemental Motion to Dismiss are denied.

The Court orders that the Plaintiff provide the following by noon April 21, 2008, however:

    a.    Interrogatory No 6/Request for Production No. 5 – Plaintiff is ordered to provide a full and complete answer to Interrogatory No. 6 including source of income for each year from 2003 through the present. Plaintiff should have now in her possession a copy of her W-2 forms for 2007 as well as her individual income tax return for 2007. To the extent that information is not available or otherwise does not provide a full and complete response to Interrogatory No. 6 and Request for Production No. 5, Plaintiff is directed to provide any other documentation she may have, including check stubs or the like that have the information.

10170:0006\625315.1

    b. Interrogatory No. 14 – Plaintiff is ordered to provide a full, complete and detailed answer Interrogatory No. 14. Her answers and supplemental answers to Interrogatory No. 14 is not complete. Plaintiff is directed to provide the following with respect to each of her places of employment from 1993 – 2003 when she became employed at Arkansas Children's Hospital. For each of those previous employers, she will provide:

      i. the name and address,

      ii. the inclusive dates of her employment,

      iii. the principal business of the employer,

      iv. her position and duties with that employer,

      v. Plaintiff's initial salary,

      vi. Plaintiff's ending salary, and

      vii. Plaintiff's reason for leaving.

    c. Request for Production No. 15 – Plaintiff is directed to provide an Affidavit to the Court that avers under oath that she does not have any other documents related to her employment that has not been provided to Defendant.

  2. The Court denies Defendant's alternative motion to strike Plaintiff's claim for damages.

  3. Defendant has requested $2500 in fees and costs incurred solely by virtue of Plaintiff's lack of timely and complete discovery responses. Plaintiff's counsel will by noon on April 21, 2008 file a written response to the Court explaining why Defendant should not be awarded those fees and costs.

10170:0006\625315.1

IT IS SO ORDERED this 14th day of April 2008.
22nd

_____
UNITED STATES DISTRICT JUDGE