**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT**

JULIA BOSS                                                                                                   PLAINTIFF

VS.                                              NO. 04-06-CV-00001664-BSM

ARKANSAS CHILDREN'S HOSPITAL                                                   DEFENDANT

<u>JUDGMENT</u>

Upon a thorough review of the entire record, including but not limited to the defendant's motion for summary judgment, all documents filed in support of the motion for summary judgment, the plaintiff's response to the motion for summary judgment, and all documents filed in support of the response, the court finds that there are no genuine issues of material fact in dispute and that no reasonable jury would return a verdict for the plaintiff.

Therefore, it is ordered, adjudged and decreed that defendant's motion for summary judgment is granted, all remaining motions are dismissed, the entire case is dismissed with prejudice, and the parties shall bear their own costs.

Entered this 7th day of May, 2008.

_____
Brian S. Miller
United States District Court Judge